UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:24-cr-496-VMC-AEP

JACK WILLIAM ROCKER

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2),
Federal Rules of Criminal Procedure, for entry of a final order of forfeiture for an
iPhone 12, Model: A2172 (SN: FGIHN60V0DXP), PNY 256GB thumb drive, and
Acer Laptop, Model: N18C3 (SN: NHQ5UAA00191401A843400), which were
subject to a December 19, 2024, preliminary order of forfeiture. Doc. 21.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6), Federal Rules of
Criminal Procedure, from December 20, 2024 through January 18, 2025, the United
States published at www.forfeiture.gov notice of the forfeiture and of its intent to
dispose of the assets. Doc. 25. The publication gave notice to all third parties with a
legal interest in the assets to file with the Office of the Clerk—United States District
Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801
North Florida Avenue, Tampa, Florida 33602—a petition to adjudicate their
interests within 60 days of the first date of publication.

Other than the defendant, whose interest was previously forfeited to the
United States, no person or entity filed a petition or claimed an interest in the assets,
and the time for filing a petition has expired.

Accordingly, the United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States of America for disposition.

Clear title to the assets now vests in the United States of America.

DONE and ORDERED in Tampa, Florida, on February 20, 2025.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE