UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                      CASE NO. 8:24-cr-496-VMC-AEP

JACK WILLIAM ROCKER

## GOVERNMENT'S WITNESS LIST

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the Government during the sentencing hearing for the above listed case:

1. Charles R. George, TFO for the Federal Bureau of Investigation

                               Respectfully submitted,

                               SARA C. SWEENEY
                               Acting United States Attorney

                By:    */s/ Karyna Valdes*
                               Karyna Valdes
                               Assistant United States Attorney
                               Florida Bar No. 0122261
                               400 N. Tampa St., Ste. 3200
                               Tampa, FL 33602-4798
                               Telephone: (813) 274-6000
                               Facsimile: (813) 274-6358
                               E-mail: Karyna.Valdes@usdoj.gov

*/s/ Ilyssa Spergel*
Ilyssa Spergel
Assistant United States Attorney
Florida Bar No.: 102856
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov