## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

  v.        CASE NO. 8:24-cr-496-VMC-AEP

JACK WILLIAM ROCKER

_____/

**DEFENDANT ROCKER'S WITNESS LIST**

Defendant Jack Rocker, through his undersigned counsel, hereby submits the list of witnesses for the sentencing hearing on March 14, 2025 in the above captioned case.

1. Dr Michael Maher

        Respectfully submitted,

        FARMER & FITZGERALD, P.A.

        *Timothy J. Fitzgerald*
        Timothy J. Fitzgerald, Esq.
        FL Bar No. 0780618
        800 W. De Leon St.
        Tampa, FL 33606
        (813) 228-0095
        FAX (813) 224-0269
        fflawpafedtjf@aol.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the original of the foregoing has been furnished by Cm/ecf on March 13, 2025, to the following:

AUSA Karyna Valdes

AUSA Illyssa Spergel