# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:24-cr-496-VMC-AEP | DATE: March 14, 2025 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Jack William Rocker** | **GOVERNMENT COUNSEL**<br>Ilyssa Spergel and Karyna Valdes<br><br>**DEFENDANT COUNSEL**<br>Timothy James Fitzgerald | |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** | Ana Heard |
| **TIME:** 10:15 AM – 12:31 PM<br>**TOTAL:** 2 HOURS AND 16 MINS | **COURTROOM:** | 14B |
| | **PROBATION:** | Ashley Shaw |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Statements made by counsel.

Defendant is adjudged guilty on Count One of the Information.

Charles George sworn and testified on direct examination by Karyna Valdes, cross by Timothy Fitzgerald, Re-direct by Valdes.

Michael Maher sworn and testified on direct examination by Timothy Fitzgerald, cross by Karyna Valdes, Re-direct by Timothy Fitzgerald.

Defendant chose to allocute.

Imprisonment: **84 months.**

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at FCI Coleman to be close to family and friends.
- Defendant should participate in college classes to earn a degree.
- Defendant shall take vocational classes in HVAC and electricity.
- Defendant be allowed to participate in the RDAP program.

Supervised Release: **Life.**

Fine is waived.

Restitution: $126,500 *(See Criminal Monetary Penalties section of the Judgment for details)*.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:
1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.
2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
3. Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Service.
4. Defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
5. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.
6. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.
7. Defendant is prohibited from possessing, subscribing to, or viewing, any images, videos, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
8. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.
9. Defendant shall have no contact, direct or indirect, with the victims listed in the presentence report.
10. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises

    may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

The mandatory drug testing provisions of the Violent Crime Control Act are imposed.

    Defendant is remanded to the custody of the US Marshal.

    Forfeiture made part of the judgment.

    Defendant advised of right to appeal and to counsel on appeal.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 30 |
| Criminal History Category: | I |
| Imprisonment Range | 97 months-121 months |
| Supervised Release Range | 5 years - life years |
| Restitution: | $126,500 |
| Fine Range | $30,000-$250,000 |
| Special Assessment | $100.00 |
| JVTA Assessment | n/a |
| AVAA Assessment | n/a |